UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANNETTE BUEHLER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN E. POTTER, Postmaster General, United States Postal Service, a governmental entity,<br><br>    Defendant. | NO. CV-04-488-RHW<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS** |

Before the Court is the parties' Stipulated Motion to Dismiss Certain Causes of Action and Transfer Case to the Court of Federal Claims Pursuant to 28 U.S.C. § 1631 (Ct. Rec. 20). The parties have agreed that Plaintiff will voluntarily dismiss the following causes of action: gender discrimination, hostile work environment, retaliation, disability discrimination, and intentional and negligent infliction of emotional distress. Further, the parties agree that the remaining causes of action, all based on a breach of a settlement agreement, should be transferred by this Court to the Court of Federal Claims pursuant to the Tucker Act, 28 U.S.C. § 1491, and to 28 U.S.C. §§ 1346(a)(2) and 1631.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties Stipulated Motion to Dismiss Certain Causes of Action and Transfer Case to the Court of Federal Claims Pursuant to 28 U.S.C. § 1631 (Ct. Rec. 20) is **GRANTED**.

2. This matter is hereby **TRANSFERRED** pursuant to 28 U.S.C. § 1631 to

**ORDER GRANTING STIPULATED MOTION TO DISMISS** * 1

the Court of Federal Claims.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward copies to counsel. The District Court Executive is further directed to forward this file with a copy of this Order to the Clerk of the United States Court of Federal Claims and close the file in this district.

**DATED** this 30th day of March, 2006.


                           s/ Robert H. Whaley

                           ROBERT H. WHALEY
                        Chief United States District Judge


Q:\CIVIL\2004\Buehler\dismiss.ord.wpd

**ORDER GRANTING STIPULATED MOTION TO DISMISS** * 2